**Ruth FLOYD, Employee/Appellant,**

v.

**McMILLAN/McGRAW-HILL, Employer/Respondent,**

**and Lumbermens Mutual Casualty Co., Insurer/Respondent.**

**No. 72284.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 16, 1997.

Appleton, Kretmar, Beatty & Stolze, Evan J. Beatty, St. Louis, for appellant.

Law Offices of James W. Reeves, Jeffrey J. Estes, St. Louis, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

*ORDER*

PER CURIAM.

The award of the Labor and Industrial Relations Commission is supported by substantial and competent evidence. An extended opinion would not have precedential value. The parties have been furnished with a memorandum for their information only setting

forth the reasons for our order. Judgment affirmed in accordance with Rule 84.16(b).